IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAZARDO RODRIGUEZ HERNANDEZ,

    Petitioner,

v.                    Case No. 4:18cv53-MW/CAS

JEFF SESSIONS, et al.,

    Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 7, is **GRANTED**, and the § 2241 petition, ECF No. 1, is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on March 29, 2018.**

                                    s/Mark E. Walker    
                                    **United States District Judge**